Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
Steven Boltz
Dwyane Jones

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GERALD MAHLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE; STEVEN BOLTZ; DUANE JONES; JOHN DOES 1-26; and the STATE OF ALASKA, KEVIN L. DONLEY; AND KARI BRADY. | ) ) ) ) ) ) |
| Defendants. | ) Case No. 3:06-cv-00255-JWS |
| | ) |

## MOTION TO DISMISS

The Municipality of Anchorage, Steven Boltz and Dwyane Jones (hereinafter together "Municipal Defendants"), through counsel, the Municipal Attorney's Office, move under Fed. R. Civ. P. 12(b)(6) for dismissal of all claims against them, with the possible exception of Plaintiff's state law claims. Plaintiff's section 1983 claims must be

dismissed because they do not allege the violation of a federally protected right, privilege, or immunity as required. Plaintiff's claims against Officers Boltz and Jones must be dismissed because they are entitled to either absolute or qualified immunity. Plaintiff's section 1985 claims must be dismissed due to his failure to assert the requisite race- or class-based animus for such a suit. Plaintiff's state law claims can be retained under this Court's pendent jurisdiction, or dismissed.

This Motion is supported by a Memorandum and proposed Order.

Respectfully submitted this 17th day of August, 2007.

JAMES N. REEVES
Municipal Attorney

By: s/ Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 9306029

The undersigned hereby certifies that on 08/17/07 a true and correct copy of the *Motion to Dismiss & Proposed Order* was served on:

Herbert A. Viergutz
Rebecca H. Cain

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office