

LAW OFFICE OF
Herbert A. Viergutz, P.C.
1029 West Third, Suite 28011
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Gerald Mahle

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA ANCHORAGE**

| | |
|---|---|
| GERALD MAHLE,<br><br>Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; STEVEN BOLTZ; DUANE JONES; JOHN DOES 1-26; and the STATE OF ALASKA, KEVIN L. DONLEY; AND KARI BRADY.<br><br>Defendants. | Case No. 3:06-cv-00255-JWS |

## NOTICE OF APPEAL

COMES NOW Plaintiff, Gerald Mahle, and herein Appeals the dismissal of this action to the Ninth Circuit Court of Appeals. Attached is the Judgment being Appealed.

Dated this 9 day of January, 2008.

_____
Herbert A. Viergutz, AK Bar No. 8506088
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net

1

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by mail on this 9 day of January, 2008, to:

Rebecca H. Cain
State of Alaska, Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

Joyce Weaver Johnson
Municipal Attorney's Office
PO Box 196650
Anchorage, AK 99519-6650

_____
Herbert A. Viergutz